James ROBERTSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 471, 2015

Supreme Court of Delaware.

Submitted: February 11, 2016

Decided: April 11, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1211003722

AFFIRMED.